IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

BEVERLY ANDERSON,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, COUNTY OF BOULDER,
BEN PEARLMAN, TOM MAYER, WILL TOOR, in their official capacity as members of the Board;
AND COUNTY OF BOULDER'S DIVISION,
BOULDER COUNTY SHERIFF'S OFFICE; and
JOSEPH PELLE, BOULDER COUNTY SHERIFF, in his individual and official capacity; and
THOMAS SHOEMAKER, BOULDER COUNTY UNDERSHERIFF, in his individual and official capacity; and
DENNIS HOPPER, CAPTAIN, BOULDER COUNTY SHERIFF'S OFFICE, in his individual and official capacity; and
CITY OF BOULDER, including its DEPARTMENTS OF POLICE AND FIRE, in their official capacity;
LARRY DONNER, CHIEF, CITY OF BOULDER FIRE DEPARTMENT, in his individual and official capacity; and
MARK BECKNER, CHIEF, CITY OF BOULDER POLICE DEPARTMENT, in his individual and official capacity,

Defendants.

---

## NOTICE OF REMOVAL
---

Defendants Board of County Commissioners of County of Boulder, Ben Pearlman, Tom Mayer, Will Toor, in their official capacity as members of the Board; Boulder County Sheriff's Office; and, Joseph Pelle, Thomas Shoemaker, and Dennis Hopper, in their individual and official capacities ("County Defendants") submit this Notice of Removal of the case filed against

them in Boulder District Court identified as Case. No. 2006 CV 627, Div. 12. This notice is filed pursuant to 28 U.S.C. §§ 1441(a) and 1446, Fed. R. Civ. P. 81(c) and D.C.COLO.LCivR 81.1.

1. Plaintiff's first claim for relief alleges a violation by Defendants Board of County Commissioners; Ben Pearlman, Will Toor and Tom Mayer as members of the Board; Joseph Pelle, Thomas Shoemaker and Dennis Hopper in their official capacities of Title VII, 42 U.S.C. §2000e, *et seq*. related to Plaintiff's employment by Boulder County in the Office of Emergency Management of the City and County of Boulder.

2. Plaintiff's second claim for relief alleges a violation by Defendants Board of County Commissioners; Ben Pearlman, Will Toor and Tom Mayer as members of the Board; Joseph Pelle, Thomas Shoemaker and Dennis Hopper in their official capacities of the Age Discrimination Employment Act, 42. U.S.C. §623 related to Plaintiffs employment by Boulder County in the Office of Emergency Management of the City and County of Boulder.

3. Plaintiff's third claim for relief alleges tortious interference with contract by Defendants Joseph Pelle, Thomas Shoemaker and Dennis Hopper in their individual capacities.

4. This Court has original jurisdiction over Plaintiff's constitutional claims under 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1343(a) (claims for recovery of damages under any federal statute providing for the protection of civil rights). The court has supplemental jurisdiction over Plaintiffs' state law claim of tortious interference with contract. That jurisdiction is granted under 28 U.S.C. §1367(a) because this claim is part of the same controversy giving rise to Plaintiffs' federal constitutional claims.

5.In compliance with 28 U.S.C. § 1446 and D.C.COLO.LCivR 81.1, a copy of all process, pleadings, and orders served upon or otherwise obtained by the removing defendants are attached to this notice.

6.County Defendants were served with copies of Plaintiff's Verified Complaint and Jury Demand, Summons and District Court Civil Cover Sheet on July 12, 2006. County Defendants are filing this Notice of Removal within 30 days after July 12, 2006, the deadline for removing this case to federal court under 28 U.S.C. § 1446(b).

7.Under Fed. R. Civ. P. 81(c), the County Defendants' response to Plaintiff's complaint will be filed within five days of this Notice.

8.Notice of this removal is being given to Plaintiff by service of this Notice under the attached Certificate of Service.  In addition, Defendants electronically filed their Notice of Filing of Notice of Removal via LexisNexis File and Serve electronic service.  This electronic service will serve the Notice of Filing of Notice of Removal via e-mail or United States mail to the Plaintiff's attorneys of record.

9.As of the date of filing of this Notice, the Boulder District Court has set no hearings or taken any other action in this matter.

10.On July 28, 2006, the City of Boulder Defendants, through counsel for the City Defendants, were notified that the County Defendants intended to remove this lawsuit to federal court.  The City of Boulder Defendants do not object to removal.

Respectfully submitted on this 1st day of August, 2006.

        BOULDER COUNTY ATTORNEY

By: s/ Madeline J. Meacham_____
Madeline J. Meacham
Deputy County Attorney
Shelley Stratton Bailey
Assistant County Attorney
P.O. Box 471
Boulder, CO  80306
Telephone: (303) 441-3190
FAX: (303) 441-4794
E-mail: mmeacham@co.boulder.co.us
E-mail: sbailey@co.boulder.co.us

ATTORNEYS FOR DEFENDANTS, BOARD OF COUNTY COMMISSIONERS OF COUNTY OF BOULDER, BEN PEARLMAN, TOM MAYER, WILL TOOR, IN THEIR OFFICIAL CAPACITY AS MEMBERS OF THE BOARD; BOULDER COUNTY SHERIFF'S OFFICE; AND, JOSEPH PELLE, THOMAS SHOEMAKER, AND DENNIS HOPPER, IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 1st day of August, 2006, I electronically filed with the Clerk of the Court the foregoing Notice of Removal using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

jwm@mckendreelaw.com
gordonj@bouldercolorado.gov
obriene@bouldercolorado.gov

        s/ Caroline D. Williams_____
        Caroline D. Williams