**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Action No. 06-cv-1492-LTB-BNB

BEVERLY ANDERSON,

      Plaintiff,

v.

BOARD OF COMMISSIONERS, COUNTY OF BOULDER,
BEN PEARLMAN, in his official capacity as a member of the Board,
TOM MAYER, in his official capacity as a member of the Board,
WILL TOOR, in his official capacity as a member of the Board,
BOULDER COUNTY SHERIFF'S DEPARTMENT,
JOSEPH PELLE, in his individual capacity,
JOSEPH PELLE, Boulder County Sheriff, in his official capacity, and
THOMAS SHOEMAKER, in his individual capacity,
THOMAS SHOEMAKER, Boulder County Undersheriff, in his official capacity,
DENNIS HOPPER, in his individual capacity,
DENNIS HOPPER, Captain, Boulder County Sheriff's Office, in his official capacity,
CITY OF BOULDER, including its Departments of Police and Fire, in their official capacity,
LARRY DONNER, in his individual capacity,
LARRY DONNER, Chief, City of Boulder Fire Department, in his official capacity,
MARK BECKNER, in his individual capacity, and
MARK BECKNER, Chief, City of Boulder Police Department, in his official capacity,

      Defendants.

___

**Order**
___

      This Order clarifies this Court's Order of November 9, 2006 (Docket # 43), in response to County Defendants' Motion for Clarification (Docket #44). The November 9, 2006 Order, in summarizing the Order, erroneously dismissed claims against defendant Mark Beckner in his individual capacity. As the content of the Order makes clear, the Order addressed claims against Boulder County defendants Joseph Pelle, Thomas Shomaker and Dennis Hopper in their individual capacities, while Beckner is a City of Boulder employee. The Order should have dismissed claims against Hopper, not against Beckner.

The Order is amended accordingly and County Defendant's Motion for Clarification (Docket # 44) is GRANTED.

**DONE and ORDERED,** this  17th  day of November, 2006 at Denver, Colorado.

                                              s/Lewis T. Babcock
                                          United States District Chief Judge