IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01492-LTB-BNB

BEVERLY ANDERSON,

Plaintiff,

v.

BOARD OF COMMISSIONERS, COUNTY OF BOULDER,
BEN PEARLMAN, in his official capacity as a member of the Board,
TOM MAYER, in his official capacity as member of the Board,
WILL TOOR, in his official capacity as member of the Board,
JOSEPH PELLE, Boulder County Sheriff, in his official capacity,
THOMAS SHOEMAKER, Boulder County Undersheriff, in his official capacity,
DENNIS HOPPER, in his individual capacity,
DENNIS HOPPER, Captain, Boulder county Sheriff's Office, in his official capacity,
CITY OF BOULDER, including its Departments of Police and Fire, in their official capacity,
LARRY DONNER, in his individual capacity,
LARRY DONNER, Chief, City of Boulder Fire Department, in his official capacity, and
MARK BECKNER, Chief, City of Boulder Police Department, in his official capacity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Request for Protective Order** [docket no. 62, filed March 20, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Employees of the City of Boulder are excused from replying to pending interrogatories and requests for production of documents and plaintiff is precluded from taking depositions of any Boulder employees that are not limited in subject matter to a resolution of the pending jurisdictional issue.

DATED: March 26, 2007