IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01492-LTB-BNB

BEVERLY ANDERSON,

Plaintiff,

v.

BOARD OF COMMISSIONERS, COUNTY OF BOULDER,
BEN PEARLMAN, in his official capacity as a member of the Board,
TOM MAYER, in his official capacity as member of the Board,
WILL TOOR, in his official capacity as member of the Board,
JOSEPH PELLE, Boulder County Sheriff, in his official capacity,
THOMAS SHOEMAKER, Boulder County Undersheriff, in his official capacity,
DENNIS HOPPER, in his individual capacity,
DENNIS HOPPER, Captain, Boulder county Sheriff's Office, in his official capacity,
CITY OF BOULDER, including its Departments of Police and Fire, in their official capacity,
LARRY DONNER, in his individual capacity,
LARRY DONNER, Chief, City of Boulder Fire Department, in his official capacity, and
MARK BECKNER, Chief, City of Boulder Police Department, in his official capacity,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED that the **Defendants City of Boulder, mark Beckner, and Larry Donner's Unopposed Motion to Limit Discovery** [Doc. # 64, filed 3/23/2007] is DENIED AS MOOT in view of my minute order [Doc. # 66] entered March 26, 2007.

DATED:  April 2, 2007