Case 1:06-cv-01492-LTB-BNB   Document 80   Filed 05/24/07   USDC Colorado   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01492-LTB-BNB

BEVERLY ANDERSON,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS, COUNTY OF BOULDER,
BEN PEARLMAN, TOM MAYER, WILL TOOR, in their official capacity as members of the Board;
JOSEPH PELLE, BOULDER COUNTY SHERIFF, in his official capacity; and
THOMAS SHOEMAKER, BOULDER COUNTY UNDERSHERIFF, in his official capacity; and
DENNIS HOPPER, CAPTAIN, BOULDER COUNTY SHERIFF'S OFFICE, in his official capacity; and
CITY OF BOULDER, including its DEPARTMENTS OF POLICE AND FIRE, in their official capacity;
LARRY DONNER, CHIEF, CITY OF BOULDER FIRE DEPARTMENT, in his individual and official capacity; and
MARK BECKNER, CHIEF, CITY OF BOULDER POLICE DEPARTMENT, in his individual and official capacity,

Defendants.

---

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE OF LARRY DONNER AND MARK BECKNER IN THEIR INDIVIDUAL CAPACITIES**

---

Plaintiff, by and through her counsel, John K. Pineau; Defendants Larry Donner, Chief, City of Boulder Fire Department, and Mark Beckner, Chief, City of Boulder Police Department, in their individual capacities, by and through their counsel, Jerry P. Gordon and Erin E. O'Brien, pursuant to F.R.C.P. 41(a)(2) hereby stipulate to the Dismissal of Larry Donner in his individual capacity and Mark Beckner in his individual capacity.

1

Respectfully submitted this 24th day of May, 2007.

| | |
|---|---|
| OFFICE OF THE CITY ATTORNEY<br>ARIEL PIERRE CALONNE<br>Jerry P. Gordon, #24442 | LAW OFFICES OF JOHN PINEAU |
| s/ Erin O'Brien<br>Erin E. O'Brien, #31353<br>Assistant City Attorney<br>Jerry P. Gordon<br>Deputy City Attorney<br>P.O. Box 791<br>Boulder, CO 80306<br>(303) 441-3020<br>Fax: (303) 441-3859<br>gordonj@bouldercolorado.gov<br>obriene@bouldercolorado.gov | s/ John Pineau<br>John Pineau, #24736<br>1244 Grant Street<br>Denver, CO 80203<br>(303) 440-4444<br>Fax: (303) 861-7773<br>johnpineau@yahoo.com<br><br>*ATTORNEY FOR PLAINTIFF* |

*ATTORNEYS FOR DEFENDANTS, CITY OF BOULDER, INCLUDING ITS DEPARTMENTS OF POLICE AND FIRE, IN THEIR OFFICIAL CAPACITY; LARRY DONNER, CHIEF, CITY OF BOULDER FIRE DEPARTMENT, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY; AND MARK BECKNER, CHIEF, CITY OF BOULDER POLICE DEPARTMENT, IN HIS INDIVIDUAL AND OFFICIAL CAPACITY.*

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on the 24th day of May, 2007, I electronically filed with the Clerk of the Court the foregoing using the CM/ECF system which will send notification of such filing to the following email addresses:

johnpineau@yahoo.com
mmeacham@co.boulder.co.us

s/ Kelsey Riccio