IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 06-cv-01492-LTB-BNB

BEVERLY ANDERSON,

       Plaintiff,

v.

BOARD OF COMMISSIONERS, COUNTY OF BOULDER,
BEN PEARLMAN, in his official capacity as a member of the Board,
TOM MAYER, in his official capacity as a member of the Board,
WILL TOOR, in his official capacity as a member of the Board,
JOSEPH PELLE, Boulder County Sheriff, in his official capacity, and
THOMAS SHOMAKER, Boulder County Undersheriff, in his official capacity,
DENNIS HOPPER, Captain, Boulder County Sheriff's Office, in his official capacity,
CITY OF BOULDER, including its Departments of Police and Fire, in their official capacity,
LARRY DONNER, in his individual capacity,
LARRY DONNER, Chief, City of Boulder Fire Department, in his official capacity,
MARK BECKNER, in his individual capacity, and
MARK BECKNER, Chief, City of Boulder Police Department, in his official capacity,

       Defendants.
_____

## ORDER
_____

THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice of Larry Donner and Mark Beckner in Their Individual Capacities (Doc 80 - filed May 24, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE as to Defendants Larry Donner and Mark Beckner in their individual capacities,** each party to pay their own fees and costs.

                         BY THE COURT:

                         s/Lewis T. Babcock
                         Lewis T. Babcock, Chief Judge

DATED: May 25, 2007